1   Garth W. Aubert, SBN 162877
    Stephanie N. Brie, SBN 252603
2   **FITZPATRICK & HUNT,**
    **TUCKER, COLLIER, PAGANO, AUBERT, LLP**
3   633 West Fifth Street, 60th Floor
    Los Angeles, CA 90071
4   (213) 873-2100 / (213) 873-2125 Fax
    Email: garth.aubert@fitzhunt.com
5   Email: stephanie.brie@fitzhunt.com

6   Attorneys for Defendant
    **SWISSPORT FUELING, INC.**
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  CORY LEDBETTER.                      )  **Case No. 4:11-cv-1405-SBA**
                                         )
12               Plaintiff.              )  Assigned for All Purposes to District
                                         )  Court Judge Saundra Brown Armstrong
13  vs.                                  )
                                         )  **STIPULATION AND ORDER FOR**
14  SWISSPORT  FUELING.  INC..  and )    **LEAVE TO FILE THIRD-PARTY**
    DOES 1 to 20.                        )  **COMPLAINT**
15                                       )
                 Defendants.             )  **Fed. R. Civ. P. 14; L.R. 7-12**
16                                       )

17

18          IT IS HEREBY STIPULATED by and between the parties, through their

19  undersigned counsel of record, pursuant to Local Rule 7-12, that:

20          (1)    On May 19, 2011, Defendant Swissport Fueling, Inc. ("Swissport") filed

21  a Motion for Leave to File a Third-Party Complaint pursuant to Federal Rule of Civil

22  Procedure 14.   (Docket No. 9.)   Swissport's Motion is set to be heard before this

23  Court on October 11, 2011.

24          (2)    Swissport's Third-Party Complaint asserts a claim against non-party

25  MMI Tank, Inc. ("MMI") for contractual and equitable indemnity, contribution, and

26  declaratory relief.   This third-party claim arises out of the same transaction or

27  occurrence as the incident which is the subject of Plaintiff Cory Ledbetter's

28  Complaint against Swissport.

---

Stipulation                                              11-cv-1405-SBA
                              -1-

1    (3)    Plaintiff Cory Ledbetter ("Plaintiff") does not oppose Swissport's Motion

2  for Leave to File a Third-Party Complaint.

3    (4)    The parties agree that, since this case is at the initial pleading stage, the

4  filing of a third-party complaint will not result in prejudice to Plaintiff and will not

5  interfere with the progression of this case.

6    Therefore, for convenience of the Court and of the parties, the parties stipulate

7  that Swissport shall be granted leave to file the attached Third-Party Complaint

8  against MMI Tank, Inc. (Exhibit "A.") The Third-Party Complaint is to be received

9  and filed by the Clerk, and thereafter to be served upon MMI Tank, Inc. within 45

10  days of entry of this Order by the Court.

11

12  Dated:  May __, 2011                **FITZPATRICK & HUNT,**
                                        **TUCKER, COLLIER, PAGANO, AUBERT, LLP**
13

14                                      By_____

15                                          Stephanie N. Brie
                                            Attorneys for Defendant
16                                          SWISSPORT FUELING, INC.

17

18  Dated:  May __, 2011                **SAMUEL AND SAMUEL**

19                                      By_____

20                                          Robert F. Samuel
                                            Attorneys for PLAINTIFF
21

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24

25  Dated:     5/25/11                  _____

26                                      Honorable Saundra Brown Armstrong
                                        United States District Court,
27                                      Northern District of California

28

---

Stipulation                                                    11-cv-1405-SBA

-2-