UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CORY LEDBETTER,<br><br>       Plaintiff,<br><br>   vs.<br><br>SWISSPORT FUELING, INC., et al.,<br><br>       Defendants. | Case No:  C 11-1405 SBA<br><br>**ORDER** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT Defendant Swissport Fueling, Inc. is ordered to *e-file* its Third-Party Complaint against MMI Tank no later than 45 days of the date of this Order.

IT IS SO ORDERED.

Dated:  June 27, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge