PETER F. SAMUEL, Bar No. 072503
ROBERT F. SAMUEL, Bar No. 126928
SAMUEL and SAMUEL
5050 Sunrise Boulevard, Suite C-1
Fair Oaks, CA 95628
Phone: (916) 966-4722
Fax:    (916) 962-2219
E-mail:robert@samuellaw.com

Attorneys for Plaintiff,
CORY LEDBETTER

GARTH W. AUBERT, Bar No. 162877
STEPHANIE N. BRIE, Bar No. 252603
FITZPATRICK & HUNT ET AL, LLP
633 W 5TH STREET, 60TH FLOOR
LOS ANGELES, CA 90071
Phone: (213)873-2139

Attorneys for Defendant,
SWISSPORT FUELING, INC.

EMILY D. BERGSTROM, Bar No. 191395
PATRICK J. BECHERER, Bar No. 050090
BECHERER KANNETT & SCHWEITZER
1255 POWELL ST
EMERYVILLE, CA 94608
Phone: (510) 658-3600

Attorneys for Third Party Defendant,
MMI TANK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY LEDBETTER<br><br>Plaintiffs,<br><br>v.<br><br>SWISSPORT FUELING, INC., a Delaware Corporation; DOES 1 through 20, inclusive,<br><br>Defendants | Case No.  4:11-cv-1405-SBA<br><br>**Assigned for All Purposes to District Court Judge Saundra Brown Armstrong**<br><br>JOINT STIPULATION TO PERMIT PLAINTIFF TO AMEND COMPLAINT AND FILE FIRST AMENDED COMPLAINT TO ADD MMI, INC. AS A NAMED DEFENDANT, DISMISS SWISSPORT FUELING INC. WITH PREJUDICE, REQUEST THE COURT TO ALLOW MMI, INC. TO FILE A THIRD PARTY COMPLAINT AGAINST COR-RAY PAINTING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

counsel, that this Court allow Plaintiff CORY LEDBETTER to amend his complaint to further specify MMI TANK, INC. as a Defendant, who will accept service of same via email as proper service on MMI TANK, INC. The Amended Complaint shall be filed and served within ten days of this order, and MMI TANK, INC.'s answer therefore will be due twenty-one (21) days from said date.

Plaintiff CORY LEDBETTER also agrees to dismiss his claims against SWISSPORT FUELING, INC. with prejudice, in exchange for which SWISSPORT FUELING, INC. agrees to waive its right to recover costs from Plaintiff CORY LEDBETTER only.  This agreement shall have no impact on SWISSPORT FUELING, INC.'s third-party claims against MMI TANK, INC. which shall remain in full force and effect.  The dismissal shall be filed within twenty (20) days from the date the Court signs this Order

It is further agreed that MMI TANK, INC. shall be allowed to file a Third Party Complaint against Cor-Ray Painting within the time period specified in the Federal Rules of Civil Procedure and local rules of this Court.

This Stipulation shall be submitted to the Court forthwith.

SAMUEL and SAMUEL


Dated:  October 11, 2011          By:    _____
                                          ROBERT F. SAMUEL, ESQ.
                                          Attorneys for Plaintiff,
                                          CORY LEDBETTER


                                  FITZPATRICK & HUNT ET AL, LLP


Dated:  October 11, 2011          By:    _____
                                          STEPHANIE N. BRIE, ESQ.
                                          Attorneys for Defendant
                                          SWISSPORT FUELING, INC.

1

2                                                        BECHERER KANNETT & SCHWEITZER

3    Dated:  October 11, 2011              By:    _____

4                                                        EMILY D. BERGSTROM, ESQ.

5                                                        Attorneys for Defendant
                                                         MMI, INC.

6

7                                        **ORDER**

8          The Parties Having Stipulated to  the above and Good Cause appearing therefore, it is ordered

9    that Plaintiff file his First Amended Complaint within ten (10) days from the date of this Order, that

10   Plaintiff dismiss his claims against Swissport Fueling, Inc., with prejudice, within twenty (20) days

11   from the date of this Order, that MMI Tank, Inc. accept service of the First Amended Complaint and

12   answer same within twenty-one (21) days from the date of this Order and MMI Tank, Inc. may file a

13   Third Party Complaint adding Cor-Ray Painting as a Third Party Defendant within the Federal Rules of

14   Civil Procedure and Rules of this Court.

15          **IT IS SO ORDERED.**

16

17   Dated: 12/15/11                             _____
                                                 UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28