1  Garth W. Aubert, SBN 162877
   Stephanie N. Brie, SBN 252603
2  **FITZPATRICK & HUNT,**
   **TUCKER, COLLIER, PAGANO, AUBERT, LLP**
3  633 West Fifth Street, 60th Floor
   Los Angeles, CA 90071
4  (213) 873-2100 / (213) 873-2125 Fax
   Email: garth.aubert@fitzhunt.com
5  Email: stephanie.brie@fitzhunt.com

6  Attorneys for Defendant
   **SWISSPORT FUELING, INC.**
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CORY LEDBETTER.              ) Case No. 4:11-cv-1405-SBA
12 |            Plaintiff.         ) Assigned for All Purposes to District
                                   ) Court Judge Saundra Brown Armstrong
13 | vs.                           )
                                   ) STIPULATION AND [PROPOSED]
14 | SWISSPORT FUELING. INC.. and  ) ORDER DISMISSING THIRD-PARTY
   | DOES 1 to 20.                 ) COMPLAINT
15 |                               )
16 |            Defendants.        ) Fed. R. Civ. P. 41; L.R. 7-12
                                   )
17

18     IT IS HEREBY STIPULATED by and between Third-Party Plaintiff Swissport

19 Fueling, Inc. ("Swissport") and Third-Party Defendant MMI Tank, Inc. ("MMI

20 Tank"), through their undersigned counsel of record, pursuant to Local Rule 7-12, that

21 the Third-Party Complaint against MMI Tank shall be dismissed, with prejudice.

22

23 Dated: July 18, 2012            **FITZPATRICK & HUNT,**
                                   **TUCKER, COLLIER, PAGANO, AUBERT, LLP**
24
25                                 By_____
26                                    Stephanie N. Brie
                                      Attorneys for Defendant
27                                    SWISSPORT FUELING, INC.
28

1 | Dated: July 17, 2012      **BECHERER KANNETT & SCHWEITZER**

2

3                                              By _____

4                                                    Emily Bergstrom
                                                   Attorneys for MMI TANK, INC.

5

6 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8 Dated: 7/20/12                    _____

9                                               Honorable Saundra Brown Armstrong
                                              United States District Court,

10                                             Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28