Garth W. Aubert, SBN 162877
Stephanie N. Brie, SBN 252603
**FITZPATRICK & HUNT,**
**TUCKER, COLLIER, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
(213) 873-2100 / (213) 873-2125 Fax
Email: garth.aubert@fitzhunt.com
Email: stephanie.brie@fitzhunt.com

Attorneys for Defendant
**SWISSPORT FUELING, INC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY LEDBETTER. | Case No. 4:11-cv-1405-SBA |
| Plaintiff. | Assigned for All Purposes to District Court Judge Saundra Brown Armstrong |
| vs. | STIPULATION AND [PROPOSED] ORDER DISMISSING THIRD-PARTY COMPLAINT |
| SWISSPORT FUELING. INC.. and DOES 1 to 20. | |
| Defendants. | Fed. R. Civ. P. 41; L.R. 7-12 |

IT IS HEREBY STIPULATED by and between Third-Party Plaintiff Swissport Fueling, Inc. ("Swissport") and Third-Party Defendant MMI Tank, Inc. ("MMI Tank"), through their undersigned counsel of record, pursuant to Local Rule 7-12, that the Third-Party Complaint against MMI Tank shall be dismissed, with prejudice.

Dated: July 18, 2012

**FITZPATRICK & HUNT,**
**TUCKER, COLLIER, PAGANO, AUBERT, LLP**

By _____
Stephanie N. Brie
Attorneys for Defendant
SWISSPORT FUELING, INC.

```
 1  Dated: July 17, 2012              BECHERER KANNETT & SCHWEITZER
 2
                                      By _____
 3                                       Emily Bergstrom
 4                                       Attorneys for MMI TANK, INC.
 5
 6  PURSUANT TO STIPULATION, IT IS SO ORDERED.
 7
 8  Dated: 7/20/12                    _____
 9                                    Honorable Saundra Brown Armstrong
                                      United States District Court,
10                                    Northern District of California
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Stipulation                                                    11-cv-1405-SBA